EXHIBIT "A"

## Wes Stevenson

| | |
|---|---|
| **From:** | Adriana Delgado <ad@rgpattorneys.com> |
| **Sent:** | Friday, December 2, 2022 2:25 PM |
| **To:** | Wes Stevenson; Blair Bassham; jharlow@fisherphillips.com; howard@fisherphillips.com |
| **Cc:** | Jason S. Remer; Naomie Gaston |
| **Subject:** | RE: Eliantes v. HCSG East, LLC |

**\*\*EXTERNAL SENDER\*\***

Good afternoon Wes,

I do appreciate the courtesy you have given us on this file. I was trying to get our client to finalize the responses by today. Due to language barriers and need for translators we have not finalized the responses today. Would you kindly allow Plaintiff until Wednesday, December 7, 2022 to turn over full and complete responses along with signed verification page?

I do appreciate the anticipated positive response in this matter as we truly want to avoid the Motion to compel.

Cordially,

**ADRIANA DELGADO**
*Paralegal*
*(Not an attorney)*

Main:    305-416-5000

ad@rgpattorneys.com

**NEW ADDRESS:**
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134

# REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
## ATTORNEYS AT LAW

"A WATCHFUL EYE OVER YOUR RIGHTS"™

STATE & FEDERAL COURT TRIAL ATTORNEYS
CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

Confidentiality Notice
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice.  The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

**From:** Wes Stevenson [mailto:WStevenson@scottdukeslaw.com]
**Sent:** Monday, November 28, 2022 4:09 PM

**To:** Adriana Delgado <ad@rgpattorneys.com>; Blair Bassham <BBassham@scottdukeslaw.com>;
jharlow@fisherphillips.com; howard@fisherphillips.com
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>
**Subject:** RE: Eliantes v. HCSG East, LLC

Ms. Delgado,

The November 23 agreed upon deadline has now passed and we have not received Mr. Eliantes' discovery responses. If we do not receive these, as well as the complete computation of damages required in initial disclosures, by the end of the week then I will file a motion to compel.

Additionally, please let me know whether Mr. Eliantes is available for a deposition during the weeks of January 9, January 23, or January 30.

## SCOTT DUKES ⊗ GEISLER PC

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial:   205-244-2504
Fax:  205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Wes Stevenson <WStevenson@scottdukeslaw.com>
**Sent:** Monday, October 24, 2022 8:27 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Blair Bassham <BBassham@scottdukeslaw.com>;
jharlow@fisherphillips.com; howard@fisherphillips.com
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>
**Subject:** Re: Eliantes v. HCSG East, LLC

Ms. Delgado,

I appreciate the update. We agree to extend the deadline to respond 30 days. By my count, that makes the new deadline November 23.

Can you please advise as to when we will receive plaintiff's initial disclosures, which were due October 13?

-Wes Stevenson

Get Outlook for iOS

**From:** Adriana Delgado <ad@rgpattorneys.com>
**Sent:** Monday, October 24, 2022 6:25:13 PM

**To:** Wes Stevenson <WStevenson@scottdukeslaw.com>; Blair Bassham <BBassham@scottdukeslaw.com>; jharlow@fisherphillips.com <jharlow@fisherphillips.com>; howard@fisherphillips.com <howard@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>
**Subject:** RE: Eliantes v. HCSG East, LLC

**\*\*EXTERNAL SENDER\*\***

Good evening,

We are currently diligently working with our client to obtain full and complete discovery responses. At this time we need a 30-day extension of time to provide same.

I thank you in anticipation to your positive response to this matter.

Cordially,

**ADRIANA DELGADO**
*Paralegal*
*(Not an attorney)*

Main:       305-416-5000
ad@rgpattorneys.com

**NEW ADDRESS:**
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134



REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
ATTORNEYS AT LAW
"A WATCHFUL EYE OVER YOUR RIGHTS"™
STATE & FEDERAL COURT TRIAL ATTORNEYS
CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

Confidentiality Notice
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice.  The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

**From:** Wes Stevenson [mailto:WStevenson@scottdukeslaw.com]
**Sent:** Friday, September 23, 2022 4:24 PM
**To:** Mercy Pina-Brito <mpb@rgpattorneys.com>; Jason S. Remer <jremer@rgpattorneys.com>; dhuntlaw@gmail.com
**Cc:** Blair Bassham <BBassham@scottdukeslaw.com>; Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** Eliantes v. HCSG East, LLC

Counsel,

I have attached Defendant HCSG East, LLC's First Discovery Requests to Mr. Eliantes, as well as a notice of deposition. I also wanted to take this opportunity to clarify two points. My understanding from our Rule 26(f) conference is that we have both consented to service via electronic mail. Please confirm that is the case.

Similarly, after reviewing the Court's scheduling orders, my understanding is that our deadline to exchange initial disclosures is October 13 (21 days after the entry of the scheduling order, as proposed in our R.26(f) Report). If you disagree with that understanding, please let me know.

I look forward to working with you on this matter.

## SCOTT DUKES ⊗ GEISLER ᴾᶜ

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial:   205-244-2504
Fax:  205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.