EXHIBIT "E"

## Wes Stevenson

| | |
|---|---|
| From: | Wes Stevenson |
| Sent: | Tuesday, January 3, 2023 2:23 PM |
| To: | Adriana Delgado; Howard, Christine |
| Cc: | Jason S. Remer; Brooks Larou; Naomie Gaston; Amanda Payne |
| Subject: | RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC. |

Jason,

I have not heard from you or your office in two weeks. I left another message for you today. I need to know whether Mr. Eliantes will make the requested supplemental responses to our discovery requests. I need that information in time to send out subpoenas and FOIA requests and receive documents before Mr. Eliantes's deposition. I have held off on filing a motion to compel because your office said (in mid-December) that they are working on getting responses. However, as I have not received a reply email or a response to my messages since the 21st, I plan to file a motion by Friday if I do not hear from you.

We are at the point that we may need to discuss postponing Mr. Eliantes's deposition and the mediation. If we can avoid all of this and Mr. Eliantes is willing to accept our settlement offer, please let me know.

## SCOTT DUKES & GEISLER

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial: 205-244-2504
Fax: 205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Wes Stevenson
**Sent:** Thursday, December 29, 2022 4:18 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Jason,

I left another message with your office today. Please let me know if Mr. Eliantes has a response to our settlement offer. Also, please provide an update regarding the requested supplemental responses to our discovery requests. I appreciate that your office has been trying to get the requested information. However, I requested that these be supplemented three weeks ago and the discovery was originally served in September. We are now within a month of Mr. Eliantes's deposition and it will be a challenge to get subpoenaed material in before then.

Please provide me with an update on these two items.

Thank you,

**SCOTT DUKES & GEISLER**

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial:  205-244-2504
Fax:  205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Adriana Delgado <ad@rgpattorneys.com>
**Sent:** Wednesday, December 21, 2022 2:42 PM
**To:** Wes Stevenson <WStevenson@scottdukeslaw.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

**\*\*EXTERNAL SENDER\*\***

Good afternoon Wes,

We are not ignoring you, we truly are trying to get the requested information as soon as possible. I appreciate all the patience you have had with our client.

Cordially,

| | |
|---|---|
| **ADRIANA DELGADO**<br>*Paralegal*<br>*(Not an attorney)* | Main: 305-416-5000<br>ad@rgpattorneys.com |

**REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC**
ATTORNEYS AT LAW

"A WATCHFUL EYE OVER YOUR RIGHTS"™
STATE & FEDERAL COURT TRIAL ATTORNEYS
CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

**NEW ADDRESS:**
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134

Confidentiality Notice
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

**From:** Wes Stevenson [mailto:WStevenson@scottdukeslaw.com]
**Sent:** Wednesday, December 21, 2022 3:41 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Jason,

Have you heard anything from Mr. Eliantes regarding supplemental discovery? I have requested supplementation on the following points:

- In response to Interrogatory 1, Plaintiff identified only one union complaint. He did not identify (or provide the other requested information) for any EEOC, FCHR, or other Complaint. That is obviously incomplete given that he produced documents relating to an unnamed EEOC Charge.
- In response to Interrogatory 2, Plaintiff has failed to provide the names or other description of the "two younger cooks."
- In response to Interrogatory 5, Plaintiff failed to provide dates of work, supervisor, or reason for end of employment for his work at Bay Village. Similarly, He failed to provide supervisor names for any employers.
- In response to Interrogatory 10, Plaintiff failed to provide any dates, addresses, or documents (including employment applications) for the listed entities.

If the supplementation is forthcoming, I'd like to avoid the motion. However, I have not heard from you. Please let me know.

Thanks,

**SCOTT DUKES ⊚ GEISLER**

3

Wes Stevenson
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial: 205-244-2504
Fax: 205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Wes Stevenson
**Sent:** Tuesday, December 20, 2022 2:44 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Jason,

Have you spoken to Mr. Eliantes or received supplemented discovery responses? I would like to avoid filing a motion to compel.

# SCOTT DUKES ⊚ GEISLER

Wes Stevenson
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial: 205-244-2504
Fax: 205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Wes Stevenson
**Sent:** Wednesday, December 14, 2022 3:04 PM
**To:** 'Adriana Delgado' <ad@rgpattorneys.com>; 'Howard, Christine' <choward@fisherphillips.com>
**Cc:** 'Jason S. Remer' <jremer@rgpattorneys.com>; 'Brooks Larou' <pbl@rgpattorneys.com>; 'Naomie Gaston'

4

<ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Jason,

For your reference and discussion with your client, I have attached the Employee Corrective Action documenting Mr. Eliantes's Discharge. As you can see, his employment was terminated after he failed to turn off the gas stove, creating a safety issue. I have also attached a 2019 ECA reflecting a prior incident where Mr. Eliantes was disciplined for leaving the gas stove on. These documents are being provided in furtherance of settlement negotiations and are made without waiver of any objections or privilege to your pending discovery requests. In addition to these ECAs, Mr. Eliantes received numerous write-ups regarding his insubordination and rule violations.

As discussed, the two other cooks employed at this facility at the time of Mr. Eliantes's termination were older than he was. HCSG lost this account approximately five months after Mr. Eliantes's termination, limiting any lost wage claim that he is making.

Please let me know if Mr. Eliantes is willing to resolve this matter. In light of these discussions, I will hold off on a motion to compel the requested discovery supplementation until December 19.

Thank you,

## SCOTT DUKES & GEISLER

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial:   205-244-2504
Fax:  205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Wes Stevenson
**Sent:** Tuesday, December 13, 2022 5:16 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Jason,

I called your office again today and could not reach you. Please give me a call to discuss this matter.

5

# SCOTT DUKES & GEISLER

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial: 205-244-2504
Fax: 205-251-6773
www.scottdukeslaw.com

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Adriana Delgado <ad@rgpattorneys.com>
**Sent:** Tuesday, December 13, 2022 10:03 AM
**To:** Wes Stevenson <WStevenson@scottdukeslaw.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; Brooks Larou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

**\*\*EXTERNAL SENDER\*\***

Good morning Wes,

We will forward your requests to our client and work on obtaining updated responses.

Cordially,

**ADRIANA DELGADO**
*Paralegal*
*(Not an attorney)*

Main: 305-416-5000

ad@rgpattorneys.com

**NEW ADDRESS:**
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134

**REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC**
ATTORNEYS AT LAW

"A WATCHFUL EYE OVER YOUR RIGHTS"™
STATE & FEDERAL COURT TRIAL ATTORNEYS
CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

Confidentiality Notice
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

**From:** Wes Stevenson [mailto:WStevenson@scottdukeslaw.com]
**Sent:** Friday, December 9, 2022 3:37 PM
**To:** Adriana Delgado <ad@rgpattorneys.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; P. Brooks LaRou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>; Amanda Payne <apayne@scottdukeslaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

Ms. Delgado and Jason,

After looking through these responses, Mr. Eliantes's answers and responses contain numerous material deficiencies that need to be supplemented.

- In response to Interrogatory 1, Plaintiff identified only one union complaint. He did not identify (or provide the other requested information) for any EEOC, FCHR, or other Complaint. That is obviously incomplete given that he produced documents relating to an unnamed EEOC Charge.
- In response to Interrogatory 2, Plaintiff has failed to provide the names or other description of the "two younger cooks."
- In response to Interrogatory 5, Plaintiff failed to provide dates of work, supervisor, or reason for end of employment for his work at Bay Village. Similarly, He failed to provide supervisor names for any employers.
- In response to Interrogatory 10, Plaintiff failed to provide any dates, addresses, or documents (including employment applications) for the listed entities.

Please supplement Mr. Eliantes's answers to provide this information. If supplementation is not received within seven days I will file a motion to compel. I need this information in time to issue subpoenas prior to Plaintiff's deposition and these requests were originally served in September.

Jason, I left a message with your answering service. Please give me a call at my direct line to discuss this case.

Thank you,

## SCOTT DUKES & GEISLER

**Wes Stevenson**
**Admitted in Alabama, Mississippi, and Florida**
Scott Dukes & Geisler, PC
211 22nd Street North
Birmingham, Alabama 35203

Telephone: 205-251-2300
Direct Dial: 205-244-2504
Fax: 205-251-6773
www.scottdukeslaw.com

7

INTERNET CONFIDENTIALITY NOTICE: This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error and delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Adriana Delgado <ad@rgpattorneys.com>
**Sent:** Wednesday, December 7, 2022 4:48 PM
**To:** Wes Stevenson <WStevenson@scottdukeslaw.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Jason S. Remer <jremer@rgpattorneys.com>; P. Brooks LaRou <pbl@rgpattorneys.com>; Naomie Gaston <ng@rgpattorneys.com>
**Subject:** SERVICE OF COURT DOCUMENTS - Eliantes Jean Jacques v. HCSG East, LLC.

**EXTERNAL SENDER**

| | |
|---|---|
| Court Identity: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| Case No. | 1:22-cv-22580-KMM |
| Initial parties Plaintiff(s): | Jean Jacques Eliantes |
| Defendant(s): | HCSG East LLC. |
| Document being served: | Plaintiff's Responses to Defendant's First Set of Interrogatories Plaintiff's Responses to Defendant's First Request for Production. |
| Sender's name: | Adriana Delgado, Paralegal to Remer, Georges-Pierre & Hoogerwoerd, PLLC. |
| Sender's phone number: | 305-416-5000 |

Cordially,

**ADRIANA DELGADO**
*Paralegal*
*(Not an attorney)*

**REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC**
ATTORNEYS AT LAW

"A WATCHFUL EYE OVER YOUR RIGHTS"™

Main:   305-416-5000

ad@rgpattorneys.com

**NEW ADDRESS:**
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134

8

**STATE & FEDERAL COURT TRIAL ATTORNEYS**
**CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW**

Confidentiality Notice
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.